**FILED**

AUG 2 0 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 13-30066-DRH |
| vs. ) | |
| ) | |
| THOMAS LEE STANTON, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The attorney for the United States and the attorney for the Defendant have engaged in discussions and have stipulated to the following facts to support the plea of guilty in accordance with U.S.S.G. § 6B1.4.

1. **THOMAS LEE STANTON**, during all relevant times, lived in Lebanon, St. Clair County, which is located in the Southern District of Illinois.

2. On April 17, 2013, in St. Clair County within the Southern District of Illinois, **THOMAS LEE STANTON** knowingly possessed one or more destructive devices, including four "cricket" bombs, two Molotov cocktails, and other explosive making components.

3. A "cricket" bomb is comprised of $CO_2$ cartridges, fuses and explosive powder.

4. None of the destructive devices mentioned above were registered to **THOMAS LEE STANTON** in the National Firearms Registration and Transfer Record. As a result, **THOMAS LEE STANTON** violated Title 26, United States Code, Sections 5845(a)(8), 5845(f), 5861(d), and 5871.

**IT IS SO STIPULATED.**

*Tom Stanton*
THOMAS LEE STANTON
Defendant

UNITED STATES OF AMERICA
Plaintiff

THOMAS G. GABEL
Assistant Federal Public Defender
Attorney for Defendant

WILLIAM E. COONAN
Assistant United States Attorney

Date: 8-20- , 2013

Date: 8-20-13, 2013